■ KENNETH R. SQUIRES, Respondent, v. VINCENT KLEIN, Appellant, et al., Defendant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Cayuga Trial Term for plaintiff and against defendant Klein, in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ JOSEPH A. RICH, Respondent, v. VINCENT KLEIN, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment and order of Cayuga Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.